**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

DEC 8 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SOUTH BAY UNITED PENTECOSTAL CHURCH, a California nonprofit corporation; BISHOP ARTHUR HODGES III, an individual,<br><br>      Plaintiffs-Appellants,<br><br>  v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California; et al.,<br><br>      Defendants-Appellees. | No.   20-55533<br><br>D.C. No.<br>3:20-cv-00865-BAS-AHG<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before:  WARDLAW and CLIFTON, Circuit Judges, and HILLMAN,* District Judge.

In light of the Supreme Court's orders in *Harvest Rock Church, Inc. v. Newsom*, No. 20A94, 592 U.S. ___ (Dec. 3, 2020) and *Roman Catholic Diocese of Brooklyn v. Cuomo*, No. 20A87, 592 U.S. ___ (Nov. 25, 2020), we vacate the district court's October 15, 2020 order denying the motion for injunctive relief filed by South Bay United Pentecostal Church (South Bay), and remand to the district court for further consideration of this matter.

---

     *     The Honorable Timothy Hillman, United States District Judge for the District of Massachusetts, sitting by designation.

South Bay's emergency motion for an injunction pending appeal (ECF No. 96) is denied without prejudice.

IT IS SO ORDERED.